

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**Shlomit Aroubas**
*Assistant Corporation Counsel*
saroubas@law.nyc.gov
(212) 356-2655
(212) 788-9776 (fax)

February 27, 2014

**BY ECF**
Honorable Viktor V. Pohorelsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: Kenya Mata v. Sergeant Vasquez, et al.
     13 Civ. 7405 (ILG)(VVP)

Your Honor:

  I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of the above-referenced matter. I write to respectfully request that the initial conference currently scheduled for April 10, 2014, be adjourned to the week of March 24, 2014.

  The reason for this request is that I will be out of the country from March 30, 2014 until April 28, 2014. I have conferred with plaintiff's counsel, Mr. Gabriel Harvis, and he consents to this request. The parties propose the following dates for the initial conference, should any be amenable to the Court's schedule: March 24-26, 2014, at anytime; March 27, 2014 after 12:00 p.m.; and March 28, 2014, at any time.

  I thank the Court for its consideration herein.

                Respectfully submitted,

                /s/

                Shlomit Aroubas
                Assistant Corporation Counsel

cc: **Gabriel Harvis (By ECF)**
   Harvis, Wright & Fett, LLP
   *Attorney for Plaintiff*